# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00248-CV

**Walter Lee Hall, Jr., Appellant**

**v.**

**Suntrust Mortgage, Inc.; Delone Artley; and LaDonna Artley, Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
NO. D-1-GN-10-001065, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Walter Lee Hall, Jr. filed a bankruptcy petition in the U.S. Bankruptcy Court of the Western District of Texas on January 24, 2011. We therefore abate this appeal until a party files a motion to reinstate or a motion to sever. *See* Tex. R. App. P. 8.1, 8.2, 8.3. Hall is ordered to inform this Court within ten calendar days of the resolution of the bankruptcy proceeding or some other event that would allow the appeal to be reinstated. Should Hall fail to provide such notice, the appeal will be subject to dismissal for want of prosecution on this Court's or another party's motion.

_____

David Puryear,  Justice

Before Justices Puryear, Pemberton and Rose

Bankruptcy

Filed:   June 2, 2011